UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

REQUEST FOR INTERNATIONAL JUDICIAL
ASSISTANCE FROM THE 15th COURT OF
FIRST INSTANCE OF THE JUDICIAL LABOR
CIRCUIT OF CARACAS, VENEZUELA; MATTER
OF THE SEVERANCE PAYMENT CLAIM OF
ENRIQUE DE LA CORMOTO FERNANDEZ vs.
BANNORTE BANCO COMMERCIAL C.A.          /

**APPLICATION FOR ORDER PURSUANT TO TITLE 28,
UNITED STATES CODE, SECTION 1782**

The United States of America, through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782 appointing Stephanie Fidler, Assistant United States Attorney, as Commissioner for the purpose of enforcing a subpoena for bank account records on Wells Fargo Bank, formerly known as First Union Bank, a company present within the jurisdiction of this Court, and taking other action as required in execution of the attached Letters Rogatory issued by the 15th Court of First Instance of the Judicial Labor Circuit of Caracas, Venezuela, in the matter of the Severance Payment Claim of *Enrique de la Cormoto Fernandez v. Bannorte Banco Commerical C.A.* (Exhibit 1). A memorandum of law has been filed in support of this application.

Dated: August 24, 2015         Respectfully submitted,
        Miami, Florida
                               WIFREDO A. FERRER
                               UNITED STATES ATTORNEY

                        By:    *s/Stephanie I.R. Fidler*
                               Stephanie I.R. Fidler
                               Assistant United States Attorney
                               Florida Bar No. 563749
                               E-mail: Stephanie.Fidler@usdoj.gov
                               United States Attorney's Office
                               99 N.E. 4th Street, Suite 300
                               Miami, Florida 33132
                               Tel. No. (305) 961-9073
                               Fax No. (305) 530-7139
                               Counsel for United States of America